```
          IN THE UNITED STATES DISTRICT COURT

           FOR THE EASTERN DISTRICT OF TEXAS

                    BEAUMONT DIVISION

TIRSO ANGEL ROBLES            §

VS.                           §    CIVIL ACTION NO. 1:05cv566

STEVE R. MORRIS               §
```

<u>FINAL JUDGMENT</u>

This action came on before the Court, and the issues having been duly considered and a decision rendered, it is

**ORDERED** and **ADJUDGED** that this petition for writ of habeas corpus is **DENIED.**

All motions by any party not previously ruled on are hereby **DENIED.**

**SIGNED** this the **9** day of **November, 2005.**

_____
Thad Heartfield
United States District Judge